# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Name, Address, Telephone Numbers, and California State Bar Number (if applicable) | CASE NO.:<br>Jointly Administered with 2:09-bk-23945<br>CHAPTER: |
|---|---|
| | ❏ **REQUEST COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |
| In re:<br><br><br><br>Debtor(s) | ❏ **REQUEST <u>REMOVAL</u> FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

## REQUEST TO BE ADDED OR REMOVED FROM
## COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

To the Clerk of the U.S. Bankruptcy Court, I hereby:

❏ **Request Courtesy Notification of Electronic Filing**.  The above named wishes to receive courtesy electronic notice of all documents filed in the above referenced case.  I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered User of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is <u>my responsibility to add myself and my e-mail address to the above referenced case via CM/ECF in order to receive a courtesy NEF</u>.

I further understand this request ***DOES NOT*** impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket  by mail, telephone, facsimile, or any other means of electronic transmission.

I will use docket event "Request for Courtesy Notice of Electronic Filing (NEF)."

❏ **Request <u>Removal</u> from Courtesy Notification of Electronic Filing.** By selecting this option, courtesy notification of court orders and all other pleadings entered on the docket in the above referenced case will no longer be sent via electronic means to the above named.

I will use docket event "Request for REMOVAL from Courtesy Notice of Electronic Filing (NEF)."

**(WARNING:  This form must be used to be added or removed from receiving Courtesy NEFs and may NOT be used in place of *Substitution of Attorney* form F 2090-1.4)**

Dated: _____    _____
                                                                        *Signature*

**(NOTE: This form can only be filed electronically via the Court's CM/ECF system. Scan this form to a PDF document, then file electronically.)**

This form is mandatory. It has been approved by the United States Bankruptcy Court for the Central District of California.

*April 2010*

| In re: CENTERSTONE DIAMONDS, INC., | CHAPTER 11 |
| Debtor. | |
| Jointly Administered with<br>In re MICHAEL BEAUDRY, INC., | CASE NUMBER 2:09-bk-23944-VZ |
| Debtor. | Jointly Administered with 2:09-bk-23945 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document described **REQUEST TO BE ADDED OR REMOVED FROM COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/14/10** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **5/14/10**  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA
90012-3332

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/14/10 | Noel Velasco | */s/ Noel Velasco* |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                            **F 9013-3.1**

| In re: CENTERSTONE DIAMONDS, INC., | CHAPTER 11 |
|---|---|
| Debtor. | |
| Jointly Administered with<br>In re MICHAEL BEAUDRY, INC., | CASE NUMBER 2:09-bk-23944-VZ |
| | Jointly Administered with 2:09-bk-23945 |
| Debtor. | |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:

Glen Dresser on behalf of Creditor BANK OF AMERICA
gombd@aol.com

Elaine T Fuller on behalf of Creditor INTERNAL REVENUE SERVICE
elaine.t.fuller@irscounsel.treas.gov

Scott F Gautier on behalf of Creditor FCC LLC
sgautier@pwkllp.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Julian I Gurule on behalf of Interested Party Courtesy NEF
jgurule@pwkllp.com, jkeith@pwkllp.com

Peter F Jazayeri on behalf of Debtor Centerstone Diamonds Inc
pjazayeri@ecjlaw.com

Jeff D Kahane on behalf of Defendant Bernie Robbins Jewelers, Inc., a New Jersey corporation dba Bernie
Robbins Jewelers
jkahane@duanemorris.com

Louis E Kempinsky on behalf of Creditor FCC LLC
lkempinsky@pwkllp.com

Michael S Kogan on behalf of Debtor Centerstone Diamonds Inc
mkogan@ecjlaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Jennifer Leland on behalf of Creditor FCC LLC
jleland@pwkllp.com

Monserrat Morales on behalf of Creditor First Capital Western Region, LLC
mmorales@pwkllp.com

Deborah Terranova on behalf of Creditor Jason Hoffman
dterranova9@yahoo.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: CENTERSTONE DIAMONDS, INC., | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-23944-VZ |
| Jointly Administered with In re MICHAEL BEAUDRY, INC., Debtor. | Jointly Administered with 2:09-bk-23945 |

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kimberly S Winick on behalf of Interested Party Courtesy NEF
kwinick@clarktrev.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**